No. 250    April 1, 2026    179

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ERIC NAVA,
*Defendant-Appellant.*

Umatilla County Circuit Court
19CR72207, 20CR55793; A185512 (Control), A185513

Joanna A. Marikos, Judge.

Submitted February 13, 2026.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Joel Duran, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Lauren P. Robertson, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Affirmed.

**EGAN, J.**

In this consolidated appeal, defendant appeals from two judgments revoking probation and imposing concurrent sentences of 180 days' incarceration and two years of post-prison supervision. Appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

Defendant pled guilty to first degree theft in Case No. 19CR72207 and two counts of manufacturing or delivering a controlled substance in Case No. 20CR55793. He was sentenced to 24 months of probation in both cases. In both cases, the court imposed a condition of probation requiring defendant to "Report to Umatilla County Corrections immediately *** following sentencing or release from custody." Defendant was arrested two years after he was released and admitted to having failed to report as directed. Defendant's probation was revoked in both cases, and he was sentenced to 180 days' incarceration and two years of post-prison supervision to run concurrently.

Having reviewed the record, including the trial court file, the transcript of the hearings, and the *Balfour* brief, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.